AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF __RHODE ISLAND__

**THE ESTATE OF YARON UNGAR, et al**

V.

**THE PALESTINIAN AUTHORITY, et al**

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:   1:00-CV-105L

I, __David A. DiMarzio__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __02/11/04__, as it appears in the records of this court, and that

\* __no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on July 12, 2004.__

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

__July 22, 2004__
Date

__David A. DiMarzio__
Clerk

_[signature]_
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

vs.                                C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

## ORDER

Upon consideration of Plaintiffs' Motion and their Memorandum in support thereof, and the grounds cited and good cause shown therein, it is hereby:

ORDERED, pursuant to 28 U.S.C. §1963, that the Second Amended Judgment entered in this action on February 11, 2004, against defendant Hamas - Islamic Resistance Movement (a/k/a Harakat Al-Muqawama Al-Islamiyya) may be registered instanter in any federal district.

SO ORDERED:

_____
Ernest C. Torres
Chief Judge, United States District Court

Date: 2/11/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ESTATES OF YARON UNGAR AND<br>EFRAT UNGAR BY AND THROUGH THE<br>ADMINISTRATOR OF THEIR ESTATES<br>DAVID STRACHMAN;<br>DVIR UNGAR, MINOR, BY HIS<br>GUARDIANS AND NEXT FRIEND,<br>PROFESSOR MEYER UNGAR;<br>JUDITH UNGAR;<br>RABBI URI DASBERG;<br>JUDITH DASBERG (INDIVIDUALLY AND<br>IN THEIR CAPACITY AS LEGAL<br>GUARDIANS OF PLAINTIFFS DVIR<br>UNGAR AND YISHAI UNGAR);<br>AMICHAI UNGAR;  DAFNA UNGAR; AND<br>MICHAL COHEN,<br>       Plaintiffs,<br> V.<br>THE PALESTINIAN AUTHORITY<br>(A.K.A. "THE PALESTINIAN INTERIM<br>SELF-GOVERNMENT AUTHORITY");<br>THE PALESTINE LIBERATION<br>ORGANIZATION; YASSER ARAFAT;<br>JIBRIL RAJOUB; MUHAMMED DAHLAN;<br>AMIN AL-HINDI; TAWFIK TIRAWI;<br>RAZI JABALI; HAMAS – ISLAMIC<br>RESISTANCE MOVEMENT (A.K.A.<br>"HARAKAT AL-MUQAWAMA AL-ISLAMIYYA")<br>ABDEL RAHMAN ISMAIL ABDEL RAHMAN<br>GHANIMAT; JAMAL ABDEL FATAH<br>TZABICH AL HOR; RAED FAKHRI ABU<br>HAMDIYA; IBRAHIM GHANIMAT; AND<br>IMAN MAHMUD HASSAN FUAD KAFISHE,<br>       Defendants | C.A.No. 00-105L |

## 2nd AMENDED JUDGMENT

Final Judgment shall enter for the plaintiffs against defendant Hamas – Islamic Resistance Movement (a/k/a Harakat Al-Muqawama Al-Islamiyya) as follows:

Estate of Yaron Ungar
  for lost earnings:         $1,432,158.00
  for pain and suffering of decedent:  $1,500,000.00



| | |
|---|---|
| Dvir Ungar (son) for loss of companionship, society, and guidance and mental anguish: | $30,000,000.00 |
| For loss of parental services: | $488,482.50[1] |
| Yishai Ungar (son) for loss of companionship, society, and guidance and mental anguish: | $30,000,000.00 |
| for loss of parental services: | $488,482.50[2] |
| Judith Ungar (mother) for loss of society and companionship and mental anguish: | $15,000,000.00 |
| Meir Ungar (father) for loss of society and companionship and mental anguish: | $15,000,000.00 |
| Michal Cohen (sister) for loss of society and companionship and mental anguish: | $7,500,000.00 |
| Amichai Ungar (brother) for loss of society and companionship and mental anguish: | $7,500,000.00 |
| Dafna Ungar (sister) for loss of society and companionship and mental anguish: | $7,500,000.00 |
| Total: | $116,409,123.00 |

Plaintiffs, as a group, are also awarded $65,621.25 for attorney's fees and $1,437.72 in court costs.

*Barbara J. D'Amico*
Deputy Clerk
February 11, 2004

---

[1] The amount designated for loss of parental services shall be paid to the legal guardians of Dvir Ungar.

[2] The amount designated for loss of parental services shall be paid to the legal guardians of Yishai Ungar.